# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          Cr. 07-268(PGS)

    v.                                              O R D E R
Karl Heniz Joe
    Defendant.

It is on this 4th day of March 2009,

The court finds upon the evidence presented that Karl Heinz Joe is in violation of the conditions of Supervised Released as imposed by this Court on November 25, 2008. Where upon it is ordered and adjudged that the previously imposed term of Supervised Release is revoked. The defendant is hereby placed on Supervised Release for 6 months. As a special conditions defendant is to refrain from illegal use of drugs. Government dismiss counts One, Two, Three and Four on the record.

                                           *[signature]*
                                           Hon. Peter G. Sheridan, USDJ